UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TODD EFHYMIOS JOHNSON *and*
ANNA-LIDA PERDIOU,

                                    Plaintiffs,

              -v-

GEORGIA PAPAGIANNI *and*
FIDELITY BROKERAGE SERVICES LLC,

                                    Defendants.

25 Civ. 3830 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Today, the Court confirmed the order of attachment of funds in the brokerage account

(the "Fidelity Account") belonging to defendant Georgia Papagianni and held by defendant

Fidelity Brokerage Services LLC.  The Court found personal jurisdiction lacking over

Papagianni, but *quasi in rem* jurisdiction present based on the Fidelity Account's being located

in New York.

The Court seeks briefing from the parties as to the consequences of this jurisdictional

finding for the direction of the case.  Accordingly, plaintiffs are directed to file a letter on the

docket, not to exceed three single-spaced pages, by **March 10, 2026**, addressing, *inter alia*,

whether the Complaint's claims should be litigated before this Court and, if so, the implications

for such litigation that this Court has jurisdiction over the Fidelity Account but not over

Papagianni.  Defendants are directed to file a responsive letter on the docket, not to exceed three

single-spaced pages, by **March 16, 2026**.  The Court will then issue an order as to next steps in

this case.

1

2

SO ORDERED.

Paul A. Engelmayer
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 3, 2026
       New York, New York

2