UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD EFTHYMIOS JOHNSON *et al.*,

                                        Plaintiffs,

                    -v-

GEORGIA PAPAGIANNI *et al.*,

                                        Defendants.

25 Civ. 3830 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 15, 2026, defendant filed a motion to dismiss the complaint under Rule 12 of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by May 6, 2026. No further opportunities to amend will ordinarily be granted. If plaintiffs do amend, by May 25, 2026, defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that they rely on the previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any opposition to the motion to dismiss by June 8, 2026. Defendant's reply, if any, shall be served by June 15, 2026.

---

[1] If defendant files a new motion to dismiss or relies on its previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendant's reply, if any, will be due seven days after that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 17, 2026
       New York, New York