UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TODD EFTHYMIOS JOHNSON, *et al.*,

                           Plaintiffs,

       -v-

GEORGIA PAPAGIANNI *et al.*,

                           Defendants.

---

25 Civ. 3830 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

On March 3, 2026, the Court confirmed attachment of the brokerage account belonging to defendant Georgia Papagianni and held by defendant Fidelity Brokerage Services LLC ("Fidelity"). Dkt. 35. The U.S. Marshals Service has requested that the Court direct Fidelity to secure these funds by placing a $1 million restriction on Papagianni's account, instead of, as Fidelity has previously done in this case, sending the U.S. Marshals Service checks in the amount of $1 million.

Accordingly, the Court directs Fidelity to place a $1 million restriction on Papagianni's account in order to maintain the order of attachment.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 1, 2026
      New York, New York